UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANGEL LUIS HECHAVARRIA
NARANJO,

  Petitioner,

  v.        Case No.:  2:26-cv-01004-SPC-DNF

U.S. DEPARTMENT OF
HOMELAND SECURITY *et al.*,

  Respondents,

              /

## OPINION AND ORDER

Before the Court is Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) filed by Nayeli Gonzalez on behalf of Angel Luis Hechavarria Naranjo.   Gonzalez challenges the legality of Hechavarria Naranjo's immigration detention as his "next friend."  But Gonzalez has not established "next friend" standing.

"Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."  28 U.S.C. § 2242.  The latter part of that provision codifies the common law tradition of permitting a "next friend" to litigate on behalf of a detained person who is unable to seek relief himself, "usually because of mental incompetence or inaccessibility."  *Whitmore v. Arkansas*, 495 U.S. 149, 162 (1990).  But "'next friend' standing is by no means granted automatically

to whomever seeks to pursue an action on behalf of another." *Id.* 1t 163. The "next friend" must adequately explain why the detainee cannot appear on his own behalf to prosecute the action, and she must be truly dedicated to the best interests of the detainee. *Id.* "The burden is on the 'next friend' clearly to establish the propriety of h[er] status and thereby justify the jurisdiction of the court." *Id.* at 164.

The petition does not establish "next friend" standing. Accordingly, the petition (Doc. 1) is **DISMISSED without prejudice**. Hechavarria Naranjo may file an amended petition within **21 days** of this order. Otherwise, the Court will enter judgment and close this case without further notice. If someone other than Hechavarria Naranjo seeks to sign an amended petition on his behalf, that person must justify "next friend" status.

**DONE AND ORDERED** in Fort Myers, Florida on April 8, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record